**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>    Saul Lopez<br>    Rebecca Anne Lopez<br>              Debtor(s) | Case No. 14 B 35104 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/27/2014.

2) The plan was confirmed on 02/11/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 02/11/2015, 08/12/2015, 02/26/2018.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/24/2015, 07/06/2015, 09/01/2015.

5) The case was Completed on 06/26/2018.

6) Number of months from filing to last payment: 45.

7) Number of months case was pending: 49.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $118,359.08.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $11,475.00 |
| Less amount refunded to debtor | $197.04 |

**NET RECEIPTS:** $11,277.96

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $463.53 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,463.53

Attorney fees paid and disclosed by debtor:   $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACL Laboratories | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| Activity Collection Service Inc | Unsecured | 65.00 | 65.00 | 65.00 | 1.95 | 0.00 |
| Advanced Radiology Consultants SC | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| Advocate Medical Group | Unsecured | 99.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP as Agent | Unsecured | 546.00 | 437.08 | 437.08 | 13.11 | 0.00 |
| American InfoSource LP as agent for Dire | Unsecured | 971.00 | 971.07 | 971.07 | 29.13 | 0.00 |
| Armor Systems Corporation | Unsecured | 423.00 | 422.53 | 422.53 | 12.68 | 0.00 |
| AT&T Mobility II LLC | Unsecured | 131.00 | 325.60 | 325.60 | 9.77 | 0.00 |
| Bank of America | Unsecured | 18.00 | NA | NA | 0.00 | 0.00 |
| CACH LLC | Unsecured | 1,300.00 | NA | NA | 0.00 | 0.00 |
| CACH LLC | Unsecured | 1,704.00 | NA | NA | 0.00 | 0.00 |
| Capital One Bank | Unsecured | 2,134.00 | 2,903.67 | 2,903.67 | 87.11 | 0.00 |
| Cavalry SPV I LLC | Unsecured | 0.00 | 319.24 | 319.24 | 0.00 | 0.00 |
| Cavalry SPV I LLC | Unsecured | 31,610.00 | 47,022.93 | 47,022.93 | 1,410.69 | 0.00 |
| CBE Group | Unsecured | 736.00 | NA | NA | 0.00 | 0.00 |
| Check 'n Go | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Finance | Secured | 1,076.00 | 0.00 | 1,075.72 | 1,075.72 | 42.70 |
| City of Chicago Department of Revenue | Unsecured | 2,200.00 | 7,115.35 | 7,115.35 | 213.46 | 0.00 |
| City of Chicago EMS | Unsecured | 917.00 | 917.00 | 917.00 | 27.51 | 0.00 |
| Clear Wireless LLC | Unsecured | 166.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 590.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison Company | Unsecured | 0.00 | 364.22 | 364.22 | 10.93 | 0.00 |
| Como Law Firm P.A. | Unsecured | 1,910.00 | NA | NA | 0.00 | 0.00 |
| Credit Acceptance Corp | Secured | 500.00 | 950.93 | 950.93 | 0.00 | 0.00 |
| GC Services | Unsecured | 1,841.00 | NA | NA | 0.00 | 0.00 |
| GE Capital | Unsecured | 1,400.00 | NA | NA | 0.00 | 0.00 |
| Great Lakes Specialty Finance, Inc. | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Highlights | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | 0.00 | 130.52 | 130.52 | 3.92 | 0.00 |
| Illinois Collection Service | Unsecured | 52.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 152.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Illinois Tollway | Unsecured | 6,020.00 | NA | NA | 0.00 | 0.00 |
| Iron Shore Management | Unsecured | 1,062.00 | NA | NA | 0.00 | 0.00 |
| Kevin P. Bolger & Associates | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| Keynote Consulting | Unsecured | 2,236.00 | 2,235.89 | 2,235.89 | 67.08 | 0.00 |
| Latimer LeVay Jurasek | Unsecured | 103.00 | NA | NA | 0.00 | 0.00 |
| Lutheran General Hospital | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LVNV Funding LLC | Unsecured | 2,287.00 | NA | NA | 0.00 | 0.00 |
| MCI | Unsecured | 159.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Midwest Center for Women's Health | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| MRSI | Unsecured | 863.00 | NA | NA | 0.00 | 0.00 |
| Music & Arts Centers | Unsecured | 1,457.00 | NA | NA | 0.00 | 0.00 |
| NAFS | Unsecured | 44.00 | NA | NA | 0.00 | 0.00 |
| National Asset Recovery Serv. | Unsecured | 1,700.00 | NA | NA | 0.00 | 0.00 |
| NCI | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| New Penn Financial DBA Shellpoint Mort | Secured | 256,659.00 | 257,006.13 | 257,006.13 | 0.00 | 0.00 |
| New Penn Financial DBA Shellpoint Mort | Secured | 3,169.14 | 3,169.14 | 3,169.14 | 3,169.14 | 0.00 |
| Northstar Capital Acquisition Llc | Unsecured | 3,798.00 | NA | NA | 0.00 | 0.00 |
| Pentagroup Financial LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 494.00 | 130.77 | 130.77 | 3.92 | 0.00 |
| Quantum3 Group | Unsecured | 10,207.00 | 12,463.35 | 12,463.35 | 373.90 | 0.00 |
| Resurgent Capital Services | Unsecured | 5,052.00 | 3,331.40 | 3,331.40 | 99.94 | 0.00 |
| Resurgent Capital Services | Unsecured | 2,848.00 | 2,287.03 | 2,287.03 | 68.61 | 0.00 |
| Resurrection Health Care | Unsecured | 1,894.00 | NA | NA | 0.00 | 0.00 |
| Take Care Health Illinois PC | Unsecured | 96.00 | NA | NA | 0.00 | 0.00 |
| Target National Bank | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| The Billing Center/Time Customer Service | Unsecured | 113.00 | NA | NA | 0.00 | 0.00 |
| The CBE Group, Inc. | Unsecured | 736.00 | NA | NA | 0.00 | 0.00 |
| Time Customer Service | Unsecured | 113.00 | NA | NA | 0.00 | 0.00 |
| TSS | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| US Bank | Unsecured | 0.00 | 312.94 | 312.94 | 9.39 | 0.00 |
| US Bank | Unsecured | 2,792.00 | 2,792.36 | 2,792.36 | 83.77 | 0.00 |
| Village of Norrige | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Village OF Rosemont. | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Village of Schaumburg | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| West Asset Management Inc. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WF CRD SVC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $257,006.13 | $0.00 | $0.00 |
| Mortgage Arrearage | $3,169.14 | $3,169.14 | $0.00 |
| Debt Secured by Vehicle | $950.93 | $0.00 | $0.00 |
| All Other Secured | $1,075.72 | $1,075.72 | $42.70 |
| **TOTAL SECURED:** | **$262,201.92** | **$4,244.86** | **$42.70** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$84,547.95** | **$2,526.87** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,463.53 |
| Disbursements to Creditors | $6,814.43 |
| **TOTAL DISBURSEMENTS:** | **$11,277.96** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/22/2018        By: /s/ Marilyn O. Marshall
                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**